IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

M.P.,

    Plaintiff,

vs.

KILOLO KIJAKAZI,
Acting Commissioner Of The Social
Security Administration,

    Defendant.

Case No.: 3:23-cv-80

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

**ORDER: (1) GRANTING JOINT MOTION FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (Doc. No. 12); (2) AWARDING EAJA ATTORNEY'S FEES, COSTS, AND EXPENSES IN THE AMOUNT OF $4,434.50; AND (3) NOTING THE CASE REMAINS TERMINATED ON THE DOCKET**

---

This Social Security disability benefits appeal is before the Court on the parties' joint motion for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the total amount of $4,434.50.  Doc. No. 12.  There being no dispute that all requirements are met for the reasonable award of EAJA fees, the Court: (1) **GRANTS** the parties' joint motion (doc. no. 12); and (2) **AWARDS** EAJA fees in the amount of $4,434.50.  As no further matters remain pending for review, this case remains **TERMINATED** upon the Court's docket.

    **IT IS SO ORDERED.**

August 18, 2023

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge